# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARISSA GIANNERINI,

      Plaintiff,

v.                                       Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

      Defendant

___

## SUPPLEMENTAL BRIEFING ORDER

This cause comes before the Court on review of Plaintiff's Motion to Quash Subpoenas or, in the Alternative, for Protective Order (Doc. No. 36) and Defendant's Response in Opposition (Doc. No. 37). Upon consideration, the Court finds supplemental briefing appropriate. *See* Doc. No. 25 ¶ 6. Accordingly, it is **ORDERED** that on or before **September 5, 2023**, each party shall file a supplemental brief in support of their respective position, **with citation to legal authority supporting each argument**, and addressing the arguments made by the opposing party, as appropriate. The supplemental briefing shall not exceed **ten (10) pages** in length.

The parties are reminded of their obligation to continue to confer regarding the discovery dispute and must promptly notify the Court if they resolve the motion in whole or in part.  *See id.* ¶ 8.

**DONE** and **ORDERED** in Orlando, Florida on August 25, 2023.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties