# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARISSA GIANNERINI,

      Plaintiff,

v.                                               Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

      Defendant

---

## SUPPLEMENTAL BRIEFING ORDER

This cause comes before the Court on review of Plaintiff's Motion to Compel (Doc. No. 39) and Defendant's Response in Opposition (Doc. No. 41). Upon consideration, the Court finds supplemental briefing appropriate. *See* Doc. No. 25 ¶ 6. Accordingly, it is **ORDERED** that on or before **September 18, 2023**, each party shall file a supplemental brief in support of their respective position, addressing solely the issues raised in the Motion and Response. The supplemental briefing shall not exceed **ten (10) pages** in length.

**DONE** and **ORDERED** in Orlando, Florida on September 6, 2023.

                                                  LESLIE HOFFMAN PRICE
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties