UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARISSA GIANNERINI,

    Plaintiff,

v.                                                           CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

**AMENDED NOTICE OF DEPOSITION OF CHARLIE SEVASTOS**

**PLEASE TAKE NOTICE**, that Plaintiff Marissa Giannerini, by and through her undersigned counsel and pursuant to Rule 30, Federal Rules of Civil Procedure, will take the deposition by oral examination of Charlie Sevastos. The deposition will commence on **Thursday, January 25, 2024,** at 9:00 a.m. EST, at the offices of Southern Reporting Company located at 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114, before a notary public or some other person(s) authorized to administer oaths, recorded by stenographic means by such officer(s) until said testimony shall be completed. The deposition will be taken for the purposes of discovery and/or for use as evidence in the above-captioned case, and other purposes in accordance with the Federal Rules of Civil Procedure.

Dated: January 3, 2024                                Respectfully Submitted,

                                                                       */s/ Ronald P. Angerer, II*

        Ronald P. Angerer, II, B.C.S.
Florida Bar No. 0104874
Neil L. Henrichsen
Florida Bar No. 111503
Henrichsen Law Group, P.L.L.C.
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
Phone: 904-381-8183
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
service@hslawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of January 2024, the foregoing has been furnished by electronic mail only to:

Allison O. Kohn
Lauren Fenton-Valdivia
Carlton Fields, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL, 33401-6350
Akahn@carltonfields.com
lfenton-valdivia@carltonfields.com
dsaltzmann@carltonfields.com
wpbecf@cfdom.net
dharrell@carltonfields.com
sjones@carltonfields.com
(561) 659-7070

        By:   */s/ Ronald P. Angerer, II*
              Ronald P. Angerer, II, B.C.S.