## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

     Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

     Defendant.

_____/

## DEFENDANT EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.'S
## NOTICE REAGRDING DISCOVERY

Per the Court's Order re: Hearing on DE 55, 56, and 73 (Doc. 75), Embry-Riddle Aeronautical University ("ERAU"), hereby notifies the Court that ERAU retrieved and has reviewed over **45,000** documents.  Counsel for Plaintiff has agreed ERAU may serve responsive documents tomorrow, as lead trial counsel for the parties were in deposition today.

DATED:  January 16, 2024.

Respectfully submitted,

 /s/ Allison O. Kahn
Allison O. Kahn
Florida Bar Number 496138
E-mail: akahn@carltonfields.com
Alana Zorrilla-Gaston
Florida Bar Number 27256
Email: agaston@carltonfields.com
**CARLTON FIELDS, P.A.**
CityPlace Tower – Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL  33401-6350
Telephone: (561) 659-7070
Facsimile:  (561) 659-7368


*Attorneys for Defendant,*
*Embry-Riddle Aeronautical University, Inc.*

## SERVICE LIST

**Plaintiff, Marissa Giannerini v.
Defendant, Embry-Riddle Aeronautical University, Inc.
Case No. 6:22-cv-02075-RBD-LHP**

Neil Henrichsen, Esq.
Ronald P. Angerer, II, Esq.
Kadean Wilson, Esq.
HENRICHSEN LAW GROUP, PLLC
301 W. Bay St., 14th Floor
Jacksonville, FL 32202
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
kwilson@hslawyers.com
service@hslawyers.com
*Attorneys for Plaintiff, Marissa Giannerini*
**VIA CM/ECF**