UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**DEFENDANT EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.'S
*TIME-SENSITIVE* MOTION FOR PROTECTIVE ORDER REGARDING
RULE 30(b)(6) DEPOSITION OF ITS CORPORATE REPRESENTATIVE**

ERAU seeks *time-sensitive* protection from its **January 31, 2024** Rule 30(b)(6) deposition. Exhibit1. Discovery opened one year ago, Doc.22, and closes February 2, Doc.23.

There are **seven** depositions scheduled in the fourteen calendar days between Plaintiff's January 17th 30(b)(6) Notice and the January 31st 30(b)(6). Exhibit2. This gives ERAU three business days to prepare (two have elapsed).

> Local Rule 3.04 requires the party noticing the deposition to give a **minimum** of fourteen days' **written notice** to every other party **and the deponent**, absent agreement or an order based upon some exigent circumstance. And giving **substantially more** than fourteen days' notice is strongly encouraged.

1

134976538.1

Discovery Handbook,II.A.1; LR3.04 ("A deposition by oral examination…require[s] fourteen days' **written** notice.").

ERAU requested the areas of inquiry for a 30(b)(6) on December 15, 2023 in light of the holidays and ERAU's winter break. ERAU even followed up on December 26, "please get me the areas ASAP so I can arrange for designation of the 30(b)(6)." Exhibit 3. Plaintiff did not respond. She then served this Notice on January 17.

Fourteen days, in a typical case, is insufficient for the university to review areas of inquiry, identify deponents, coordinate their schedules, and meet obligations to prepare and educate witnesses. Here, the individuals required to perform these very tasks are unavailable to complete them. They are already preparing and sitting for their own depositions, including GC Sevastos (who also attends current employee depositions), two of ERAU's highest ranking HR professionals (Young/Hooper), the Director of Athletics (Phillips), and the AAD for Internal Affairs (Felps-Darley), who also have to fulfill their respective business duties.

Counsel also could not meet their duty to prepare witnesses, because they too are preparing/appearing at the **seven** depositions. *See* Discovery Handbook II.A.4.f. ("Counsel for the entity should prepare the designated witness so that the witness can provide meaningful information….").

There is "good cause" to protect ERAU from the annoyance, embarrassment, oppression, or undue burden or expense of the belated 30(b)(6). Rule 26(c)(1).

Under Rule 37(a)(5), if this Motion is granted, "the court must, after giving an opportunity to be heard, require the party… or attorney, or both to pay the movant's

reasonable expenses", absent a safe harbor provision not applicable here. Discovery Handbook, I.E.3("Rule 37 is enforced in this district.").

To the extent the Court denies the requested relief, ERAU respectfully requests it allow ERAU to seek expedited relief on the substantive topics, in that they are irrelevant,[1] overbroad,[2] and violate Section II.A.4.b of the Discovery Handbook.

---

[1] *E.g.*, Plaintiff includes NCAA and SSAC topics, ¶17, even though Plaintiff testified to every reason she believed ERAU discriminated or retaliated against her, confirmed there were no other reasons, and never mentioned either.

[2] *E.g.*, ¶20 ("Any investigation of any Coaching Staff by ERAU…).

3

## LOCAL RULE 3.01(g) CERTIFICATION

In accordance with Local Rule 3.01(g)(3) of the Local Rules of the United States District Court for the Middle District of Florida, undersigned counsel for ERAU certifies that opposing counsel has represented Plaintiff is unavailable to confer until "early next week sometime." *See* Exhibit 4. On January 19, undersigned emailed two counsel for Plaintiff, left a voicemail stating she would file this Motion tonight due to time constraints and continue trying to confer, then received communication from Plaintiff she was available "early next week sometime." The parties are in deposition every day next week except Wednesday, the 24th. Undersigned will continue to try to confer with Plaintiff's counsel over the next three days as required by the Local Rules in a good faith effort to resolve the issues raised in this Motion and advise the Court of any resolution.

## WORD COUNT CERTIFICATION

Consistent with the Court's Order on Discovery Motions, dated January 27, 2023, this motion does not exceed 500 words, exclusive of caption, signature block, and certifications.

DATED:  January 19, 2024.

        Respectfully submitted,

        */s/Allison O. Kahn*
        Allison O. Kahn
        Florida Bar Number 496138
        E-mail: akahn@carltonfields.com
        Alana Zorrilla-Gaston
        Florida Bar Number 27256
        Email: agaston@carltonfields.com
        **CARLTON FIELDS, P.A.**
        CityPlace Tower – Suite 1200
        525 Okeechobee Boulevard
        West Palm Beach, FL  33401-6350
        Telephone: (561) 659-7070
        Facsimile:  (561) 659-7368

        *Attorneys for Defendant,*
        *Embry-Riddle Aeronautical University, Inc.*

134976538.1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system.

/s/ Allison O. Kahn

134976538.1

## SERVICE LIST

**Plaintiff, Marissa Giannerini v.
Defendant, Embry-Riddle Aeronautical University, Inc.
Case No. 6:22-cv-02075-RBD-LHP**

Neil Henrichsen, Esq.
Ronald P. Angerer, II, Esq.
Kadean Wilson, Esq.
HENRICHSEN LAW GROUP, PLLC
301 W. Bay St., 14th Floor
Jacksonville, FL 32202
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
kwilson@hslawyers.com
service@hslawyers.com
*Attorneys for Plaintiff, Marissa Giannerini*
**VIA CM/ECF**