## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARISSA GIANNERINI,

    Plaintiff,

v.                                                  CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

### THIRD AMENDED NOTICE OF DEPOSITION OF ANDREA HOOPER

**PLEASE TAKE NOTICE**, that Plaintiff Marissa Giannerini, by and through her undersigned counsel and pursuant to Rule 30, Federal Rules of Civil Procedure, will take the deposition by oral examination of Andrea Hooper. The deposition will commence on **Monday, January 22, 2024,** at 10:00 a.m. EST, at the offices of Southern Reporting Company located at 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114, before a notary public or some other person(s) authorized to administer oaths, recorded by stenographic means by such officer(s) until said testimony shall be completed. The deposition will be taken for the purposes of discovery and/or for use as evidence in the above-captioned case, and other purposes in accordance with the Federal Rules of Civil Procedure.

Dated: January 19, 2024

Respectfully Submitted,

*/s/ Ronald P. Angerer, II*
Ronald P. Angerer, II, B.C.S.
Florida Bar No. 0104874
Neil L. Henrichsen
Florida Bar No. 111503
Henrichsen Law Group, P.L.L.C.
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
Phone: 904-381-8183
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
service@hslawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2024, the foregoing has been furnished by electronic mail only to:

Allison O. Kohn
Alana Zorrilla-Gaston
Carlton Fields, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL, 33401-6350
Akahn@carltonfields.com
agaston@carltonfields.com
dsaltzmann@carltonfields.com
wpbecf@cfdom.net
dharrell@carltonfields.com
sjones@carltonfields.com
(561) 659-7070

By:   */s/ Ronald P. Angerer, II*
      Ronald P. Angerer, II, B.C.S.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARISSA GIANNERINI,

    Plaintiff,

v.                                              CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**SECOND AMENDED NOTICE OF DEPOSITION OF MEACHELLE FELPS-DARLEY**

**PLEASE TAKE NOTICE**, that Plaintiff Marissa Giannerini, by and through her undersigned counsel and pursuant to Rule 30, Federal Rules of Civil Procedure, will take the deposition by oral examination of Meachelle Felps-Darley. The deposition will commence on **Monday, January 22, 2024,** at 2:00 p.m. EST, at the offices of Southern Reporting Company located at 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114, before a notary public or some other person(s) authorized to administer oaths, recorded by stenographic means by such officer(s) until said testimony shall be completed. The deposition will be taken for the purposes of discovery and/or for use as evidence in the above-captioned case, and other purposes in accordance with the Federal Rules of Civil Procedure.

Dated: January 19, 2024                                        Respectfully Submitted,

/s/ Ronald P. Angerer, II
Ronald P. Angerer, II, B.C.S.
Florida Bar No. 0104874
Neil L. Henrichsen
Florida Bar No. 111503
Henrichsen Law Group, P.L.L.C.
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
Phone: 904-381-8183
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
service@hslawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of January 2024 the foregoing has been furnished by electronic mail only to:

Allison O. Kohn
Lauren Fenton-Valdivia
Carlton Fields, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL, 33401-6350
Akahn@carltonfields.com
lfenton-valdivia@carltonfields.com
dsaltzmann@carltonfields.com
wpbecf@cfdom.net
dharrell@carltonfields.com
sjones@carltonfields.com
(561) 659-7070

By:   /s/ Ronald P. Angerer, II
      Ronald P. Angerer, II, B.C.S.

2

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

MARISSA GIANNERINI,

    Plaintiff,

v.                                             CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

### AMENDED NOTICE OF DEPOSITION OF JOHN PHILLIPS

**PLEASE TAKE NOTICE**, that Plaintiff Marissa Giannerini, by and through her undersigned counsel and pursuant to Rule 30, Federal Rules of Civil Procedure, will take the deposition by oral examination of John Phillips. The deposition will commence on **Tuesday, January 23, 2024,** at 9:00 a.m. EST, at the offices of Southern Reporting Company located at 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114, before a notary public or some other person(s) authorized to administer oaths, recorded by stenographic means by such officer(s) until said testimony shall be completed. The deposition will be taken for the purposes of discovery and/or for use as evidence in the above-captioned case, and other purposes in accordance with the Federal Rules of Civil Procedure.

Dated: January 3, 2024                             Respectfully Submitted,

                                                                     */s/ Ronald P. Angerer, II*

Ronald P. Angerer, II, B.C.S.<br>
Florida Bar No. 0104874<br>
Neil L. Henrichsen<br>
Florida Bar No. 111503<br>
Henrichsen Law Group, P.L.L.C.<br>
301 W. Bay Street, Suite 1400<br>
Jacksonville, FL 32202<br>
Phone: 904-381-8183<br>
rangerer@hslawyers.com<br>
nhenrichsen@hslawyers.com<br>
service@hslawyers.com<br>
<br>
*Attorneys for Plaintiff*

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of January 2024, the foregoing has been furnished by electronic mail only to:

Allison O. Kohn
Lauren Fenton-Valdivia
Carlton Fields, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL, 33401-6350
Akahn@carltonfields.com
lfenton-valdivia@carltonfields.com
dsaltzmann@carltonfields.com
wpbecf@cfdom.net
dharrell@carltonfields.com
sjones@carltonfields.com
(561) 659-7070

By:   */s/ Ronald P. Angerer, II*<br>
      Ronald P. Angerer, II, B.C.S.

2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARISSA GIANNERINI,

    Plaintiff,

v.                                                  CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

<u>**AMENDED NOTICE OF DEPOSITION OF CHARLIE SEVASTOS**</u>

**PLEASE TAKE NOTICE**, that Plaintiff Marissa Giannerini, by and through her undersigned counsel and pursuant to Rule 30, Federal Rules of Civil Procedure, will take the deposition by oral examination of Charlie Sevastos. The deposition will commence on **Thursday, January 25, 2024,** at 9:00 a.m. EST, at the offices of Southern Reporting Company located at 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114, before a notary public or some other person(s) authorized to administer oaths, recorded by stenographic means by such officer(s) until said testimony shall be completed. The deposition will be taken for the purposes of discovery and/or for use as evidence in the above-captioned case, and other purposes in accordance with the Federal Rules of Civil Procedure.

Dated: January 3, 2024                               Respectfully Submitted,

                                                                         */s/ Ronald P. Angerer, II*

                                                Ronald P. Angerer, II, B.C.S.
                                                Florida Bar No. 0104874
                                                Neil L. Henrichsen
                                                Florida Bar No. 111503
                                                Henrichsen Law Group, P.L.L.C.
                                                301 W. Bay Street, Suite 1400
                                                Jacksonville, FL 32202
                                                Phone: 904-381-8183
                                                rangerer@hslawyers.com
                                                nhenrichsen@hslawyers.com
                                                service@hslawyers.com

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 3rd day of January 2024, the foregoing has been furnished by electronic mail only to:

Allison O. Kohn
Lauren Fenton-Valdivia
Carlton Fields, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL, 33401-6350
Akahn@carltonfields.com
lfenton-valdivia@carltonfields.com
dsaltzmann@carltonfields.com
wpbecf@cfdom.net
dharrell@carltonfields.com
sjones@carltonfields.com
(561) 659-7070

                                       By:   */s/ Ronald P. Angerer, II*
                                                    Ronald P. Angerer, II, B.C.S.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**NOTICE OF TAKING DEPOSITION**

To:   Neil Henrichsen, Esq.
       Ronald P. Angerer, II, Esq.
       Kadean Wilson, Esq.
       HENRICHSEN LAW GROUP, PLLC
       301 W. Bay St., 14th Floor
       Jacksonville, FL 32202

PLEASE TAKE NOTICE that Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC., pursuant to Rule 30, Federal Rules of Civil Procedure, will take the oral deposition before Veritext Reporting, a certified court reporter authorized by law to take depositions, of the following individual on the day and time indicated below:

| **DEPONENT** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Dawn Parr Chappel, LMFT | January 26, 2024 @ 11:00 a.m. | Carlton Fields<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL 32801 |

1

134843526.1

PLEASE BE GOVERNED ACCORDINGLY.

This deposition is being taken for the purpose of discovery, for use as primary evidence, and for such other purpose as permitted under the Federal Rules of Civil Procedure.

The examination of the deponent may continue from day to day until completed. You are hereby notified to appear and take part in said examination as you may be advised, and as shall be fit and proper.

DATED: January 8, 2024.                    Respectfully submitted,

                                               /s/ Alana Zorrilla-Gaston
                                               Allison O. Kahn (FBN 496138)
                                               E-mail: akahn@carltonfields.com
                                               Alana Zorrilla-Gaston (FBN 27256)
                                               Email: agaston@carltonfields.com
                                               **CARLTON FIELDS, P.A.**
                                               525 Okeechobee Boulevard, Suite 1200
                                               West Palm Beach, FL 33401-6350
                                               Telephone: (561) 659-7070

                                               *Attorneys for Defendant,*
                                               *Embry-Riddle Aeronautical University, Inc.*

cc: Veritext Reporting

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, the foregoing document was served on all counsel of record identified on the Service List in the manner specified.

                                                                  /s/ Alana Zorrilla-Gaston

## SERVICE LIST

*Plaintiff, Marissa Giannerini v.
Defendant, Embry-Riddle Aeronautical University, Inc.*
**Case No. 6:22-cv-02075-RBD-LHP**

Neil Henrichsen, Esq.
Ronald P. Angerer, II, Esq.
Kadean Wilson, Esq.
HENRICHSEN LAW GROUP, PLLC
301 W. Bay St., 14th Floor
Jacksonville, FL 32202
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
kwilson@hslawyers.com
service@hslawyers.com
*Attorneys for Plaintiff, Marissa Giannerini*
**VIA EMAIL**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**NOTICE OF TAKING DEPOSITION**

To:  Neil Henrichsen, Esq.
      Ronald P. Angerer, II, Esq.
      Kadean Wilson, Esq.
      HENRICHSEN LAW GROUP, PLLC
      301 W. Bay St., 14th Floor
      Jacksonville, FL 32202

PLEASE TAKE NOTICE that Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC., pursuant to Rule 30, Federal Rules of Civil Procedure, will take the oral deposition before Veritext Reporting, a certified court reporter authorized by law to take depositions, of the following individual on the day and time indicated below:

| **DEPONENT** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| Dr. Tarek Aly | January 29, 2024 @ 9:00 a.m. | Carlton Fields<br>200 South Orange Avenue<br>Suite 1000<br>Orlando, FL 32801 |

1

134843550.1

PLEASE BE GOVERNED ACCORDINGLY.

This deposition is being taken for the purpose of discovery, for use as primary evidence, and for such other purpose as permitted under the Federal Rules of Civil Procedure.

The examination of the deponent may continue from day to day until completed. You are hereby notified to appear and take part in said examination as you may be advised, and as shall be fit and proper.

DATED: January 8, 2024.    Respectfully submitted,

                                                  /s/ Alana Zorrilla-Gaston
Allison O. Kahn (FBN 496138)
E-mail: akahn@carltonfields.com
Alana Zorrilla-Gaston (FBN 27256)
Email: agaston@carltonfields.com
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL  33401-6350
Telephone: (561) 659-7070

*Attorneys for Defendant,
Embry-Riddle Aeronautical University, Inc.*

cc:  Veritext Reporting

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2024, the foregoing document was served on all counsel of record identified on the Service List in the manner specified.

                                                  /s/ Alana Zorrilla-Gaston

## SERVICE LIST

*Plaintiff, Marissa Giannerini v.
Defendant, Embry-Riddle Aeronautical University, Inc.*
**Case No. 6:22-cv-02075-RBD-LHP**

Neil Henrichsen, Esq.
Ronald P. Angerer, II, Esq.
Kadean Wilson, Esq.
HENRICHSEN LAW GROUP, PLLC
301 W. Bay St., 14th Floor
Jacksonville, FL 32202
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
kwilson@hslawyers.com
service@hslawyers.com
*Attorneys for Plaintiff, Marissa Giannerini*
**VIA EMAIL**

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARISSA GIANNERINI,

    Plaintiff,

v.                                                               CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

**AMENDED NOTICE OF DEPOSITION OF BRANDON YOUNG**

**PLEASE TAKE NOTICE**, that Plaintiff Marissa Giannerini, by and through her undersigned counsel and pursuant to Rule 30, Federal Rules of Civil Procedure, will take the deposition by oral examination of Brandon Young. The deposition will commence on **Tuesday, January 30, 2024,** at 9:00 a.m. EST, at the offices of Southern Reporting Company located at 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114, before a notary public or some other person(s) authorized to administer oaths, recorded by stenographic means by such officer(s) until said testimony shall be completed. The deposition will be taken for the purposes of discovery and/or for use as evidence in the above-captioned case, and other purposes in accordance with the Federal Rules of Civil Procedure.

Dated: January 3, 2024                                             Respectfully Submitted,

                                                                                             */s/ Ronald P. Angerer, II*

                    Ronald P. Angerer, II, B.C.S.
                    Florida Bar No. 0104874
                    Neil L. Henrichsen
                    Florida Bar No. 111503
                    Henrichsen Law Group, P.L.L.C.
                    301 W. Bay Street, Suite 1400
                    Jacksonville, FL 32202
                    Phone: 904-381-8183
                    rangerer@hslawyers.com
                    nhenrichsen@hslawyers.com
                    service@hslawyers.com

                    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 3rd day of January 2024 the foregoing has been furnished by electronic mail only to:

Allison O. Kohn
Lauren Fenton-Valdivia
Carlton Fields, P.A.
CityPlace Tower, Suite 1200
525 Okeechobee Boulevard
West Palm Beach, FL, 33401-6350
Akahn@carltonfields.com
lfenton-valdivia@carltonfields.com
dsaltzmann@carltonfields.com
wpbecf@cfdom.net
dharrell@carltonfields.com
sjones@carltonfields.com
(561) 659-7070

                By:   */s/ Ronald P. Angerer, II*
                          Ronald P. Angerer, II, B.C.S.