## Kahn, Allison Oasis

| | |
|---|---|
| **From:** | Kahn, Allison Oasis |
| **Sent:** | Tuesday, December 26, 2023 11:20 AM |
| **To:** | rangerer@hslawyers.com; Fenton-Valdivia, Lauren E.; Zorrilla-Gaston, Alana E. |
| **Cc:** | nhenrichsen@hslawyers.com; Chloe@hslawyers.com; rcook@hslawyers.com; Saltzman, Debra; wpbecf@cfdom.net; Harrell, Denise B.; Jones, Sanah-Amira |
| **Subject:** | SERVICE OF COURT DOCUMENTS / CASE NO. 6:22-CV-02075-RBD-LHP, MARISSA GIANNERINI V. EMBRY-RIDDLE |

Ok, please get me the areas ASAP so I can arrange for designation of the 30(b)(6).

I will take Roxanne Giannerini and Chris Bevan on the 16th (unless they prefer the 15th) and Plaintiff on the 17th. We'll get those notices out too.

**Allison Oasis Kahn**
Attorney at Law | Carlton Fields
CityPlace Tower
525 Okeechobee Blvd., Ste. 1200 | West Palm Beach, Florida 33401-6350
Direct: 561.650.8041 | Fax: 561.659.7368
akahn@carltonfields.com

---

**From:** Ronald Angerer <rangerer@hslawyers.com>
**Sent:** Tuesday, December 26, 2023 10:50 AM
**To:** Kahn, Allison Oasis <akahn@carltonfields.com>; Fenton-Valdivia, Lauren E. <LFenton-Valdivia@carltonfields.com>; Zorrilla-Gaston, Alana E. <agaston@CarltonFields.com>
**Cc:** Neil Henrichsen <nhenrichsen@hslawyers.com>; Chloe Clay <Chloe@hslawyers.com>; Renee Cook <rcook@hslawyers.com>; Saltzman, Debra <DSaltzman@carltonfields.com>; wpbecf@cfdom.net; Harrell, Denise B. <dharrell@carltonfields.com>; Jones, Sanah-Amira <SJones@carltonfields.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS / CASE NO. 6:22-CV-02075-RBD-LHP, MARISSA GIANNERINI V. EMBRY-RIDDLE

Allison,

As an addendum, we're holding the 31st open as well for our 30B6. We hope to have that notice to you soon.

Best Regards,

**Ronald Paul Angerer, II**
**Admitted in Florida**
**Board Certified Specialist, Labor & Employment Law**

301 W Bay Street, Suite 1400, Jacksonville, Florida 32202
P: (904) 381-8183 | F: (904) 381-8191 |
E: rangerer@hslawyers.com

www.hslawyers.com

1



Please consider the environment before printing this email.

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message.

IRS Circular 230 Disclosure:  As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any tax information or written tax advice contained herein (including any attachments) was not written or intended to be used (and cannot be used) by any taxpayer for the purposes of avoiding any tax penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Ronald Angerer
**Sent:** Tuesday, December 26, 2023 10:47 AM
**To:** 'Kahn, Allison Oasis' <akahn@carltonfields.com>; Fenton-Valdivia, Lauren E. <LFenton-Valdivia@carltonfields.com>; Zorrilla-Gaston, Alana E. <agaston@CarltonFields.com>
**Cc:** Neil Henrichsen <nhenrichsen@hslawyers.com>; Chloe Clay <Chloe@hslawyers.com>; Renee Cook <rcook@hslawyers.com>; Saltzman, Debra <DSaltzman@carltonfields.com>; wpbecf@cfdom.net; Harrell, Denise B. <dharrell@carltonfields.com>; Jones, Sanah-Amira <SJones@carltonfields.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS / CASE NO. 6:22-CV-02075-RBD-LHP, MARISSA GIANNERINI V. EMBRY-RIDDLE

Allison,

With Aly and Chappel available on the 29th and 26th respectively, that leaves the 25th, 30th, and 31st open.  It is my understanding that Sevastos and Young are available on each of these dates, so lets go with Sevastos on the 25th and Young on the 30th.

Thanks.


**Best Regards,**

**Ronald Paul Angerer, II**
**Admitted in Florida**
**Board Certified Specialist, Labor & Employment Law**

301 W Bay Street, Suite 1400, Jacksonville, Florida 32202
P: (904) 381-8183 | F: (904) 381-8191 |
E: rangerer@hslawyers.com

www.hslawyers.com



Please consider the environment before printing this email.

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message.

IRS Circular 230 Disclosure:  As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any tax information or written tax advice contained herein (including any attachments) was not written or intended to be used (and cannot be used) by any taxpayer for the purposes of avoiding any tax penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Kahn, Allison Oasis <akahn@carltonfields.com>
**Sent:** Friday, December 15, 2023 2:49 PM
**To:** Ronald Angerer <rangerer@hslawyers.com>; Fenton-Valdivia, Lauren E. <LFenton-Valdivia@carltonfields.com>; Zorrilla-Gaston, Alana E. <agaston@CarltonFields.com>
**Cc:** Neil Henrichsen <nhenrichsen@hslawyers.com>; Chloe Clay <Chloe@hslawyers.com>; Renee Cook <rcook@hslawyers.com>; Saltzman, Debra <DSaltzman@carltonfields.com>; wpbecf@cfdom.net; Harrell, Denise B. <dharrell@carltonfields.com>; Jones, Sanah-Amira <SJones@carltonfields.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS / CASE NO. 6:22-CV-02075-RBD-LHP, MARISSA GIANNERINI V. EMBRY-RIDDLE

This looks right. I'm not sure if I will take Plaintiff's depo on the 16th or 17th.

Will run all these dates by my client to make sure nothing came up between today and the dates given. Let's circle back after you speak to your experts to confirm.

Reminder, we are unavailable February 1 and 2, unless a mediation that I have gets pushed back.

Thanks,
Allison

**Allison Oasis Kahn**
Attorney at Law | Carlton Fields
CityPlace Tower
525 Okeechobee Blvd., Ste. 1200 | West Palm Beach, Florida 33401-6350
Direct: 561.650.8041 | Fax: 561.659.7368
akahn@carltonfields.com

**From:** Ronald Angerer <rangerer@hslawyers.com>
**Sent:** Friday, December 15, 2023 11:56 AM
**To:** Kahn, Allison Oasis <akahn@carltonfields.com>; Fenton-Valdivia, Lauren E. <LFenton-Valdivia@carltonfields.com>; Zorrilla-Gaston, Alana E. <agaston@CarltonFields.com>
**Cc:** Neil Henrichsen <nhenrichsen@hslawyers.com>; Chloe Clay <Chloe@hslawyers.com>; Renee Cook <rcook@hslawyers.com>; Saltzman, Debra <DSaltzman@carltonfields.com>; wpbecf@cfdom.net; Harrell, Denise B. <dharrell@carltonfields.com>; Jones, Sanah-Amira <SJones@carltonfields.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS / CASE NO. 6:22-CV-02075-RBD-LHP, MARISSA GIANNERINI V. EMBRY-RIDDLE

Allison,

Thanks for speaking this morning.  Here is what I have for the agreed-upon and tentative/held dates for deposition:

1/12:  Leah Peppelman (Zoom)
1/16:  Plaintiff

1/17:  C. Bevan / R. Giannerini
1/22:  A. Hooper / M. Felps-Darley
1/23:  J Phillips
1/25 or 26:  T. Aly / D. Chappel / C. Sevastos / B. Young
1/29-31:  T. Aly / D. Chappel / C. Sevastos / B. Young

If anything is off, let me know.  And, as we stated, we should be getting a B6 notice to you soon, and we'd be looking at 1/31-2/2 to take that depending on how things shake out.

Best Regards,

**Ronald Paul Angerer, II**
**Admitted in Florida**
**Board Certified Specialist, Labor & Employment Law**

301 W Bay Street, Suite 1400, Jacksonville, Florida 32202
P: (904) 381-8183 | F: (904) 381-8191 |
E: rangerer@hslawyers.com

www.hslawyers.com



Please consider the environment before printing this email.

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message.

IRS Circular 230 Disclosure:  As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any tax information or written tax advice contained herein (including any attachments) was not written or intended to be used (and cannot be used) by any taxpayer for the purposes of avoiding any tax penalties that may be imposed under the U.S. Internal Revenue Code.

**From:** Kahn, Allison Oasis <akahn@carltonfields.com>
**Sent:** Thursday, December 14, 2023 1:25 PM
**To:** Ronald Angerer <rangerer@hslawyers.com>; Fenton-Valdivia, Lauren E. <LFenton-Valdivia@carltonfields.com>; Zorrilla-Gaston, Alana E. <agaston@CarltonFields.com>
**Cc:** Neil Henrichsen <nhenrichsen@hslawyers.com>; Chloe Clay <Chloe@hslawyers.com>; Renee Cook <rcook@hslawyers.com>; Saltzman, Debra <DSaltzman@carltonfields.com>; wpbecf@cfdom.net; Harrell, Denise B. <dharrell@carltonfields.com>; Jones, Sanah-Amira <SJones@carltonfields.com>
**Subject:** RE: SERVICE OF COURT DOCUMENTS / CASE NO. 6:22-CV-02075-RBD-LHP, MARISSA GIANNERINI V. EMBRY-RIDDLE

Hi Ron,

Thanks, does she remember where in the office, e.g., file cabinet, desk, somewhere else?

4