**Kahn, Allison Oasis**

| | |
|---|---|
| **From:** | Ronald Angerer <rangerer@hslawyers.com> |
| **Sent:** | Friday, January 19, 2024 8:42 PM |
| **To:** | Kahn, Allison Oasis; Zorrilla-Gaston, Alana E. |
| **Cc:** | Neil Henrichsen; Chloe Clay; Renee Cook |
| **Subject:** | Giannerini v ERAU:  30B6 Deposition |

Allison,

I am away at a conference today.  I received your voicemail.  Are my auto-replies going through?

In any event, I'm sorry I missed your call.  I'm tied up Monday but perhaps we can schedule a call involving any one of you, me, Neil, or Alana for early next week sometime.  Let us know.  Thanks.

Best Regards,

**Ronald Paul Angerer, II**
**Admitted in Florida**
**Board Certified Specialist, Labor & Employment Law**

301 W Bay Street, Suite 1400, Jacksonville, Florida 32202
P: (904) 381-8183 | F: (904) 381-8191 |
E: rangerer@hslawyers.com

www.hslawyers.com



Please consider the environment before printing this email.

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message.

IRS Circular 230 Disclosure:  As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any tax information or written tax advice contained herein (including any attachments) was not written or intended to be used (and cannot be used) by any taxpayer for the purposes of avoiding any tax penalties that may be imposed under the U.S. Internal Revenue Code.