# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARISSA GIANNERINI,

      Plaintiff,

v.                                  Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

      Defendant

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.'S TIME-SENSITIVE MOTION TO COMPEL PLAINTIFF'S EXPERT DAWN PARR CHAPPEL TO COMPLY WITH SUBPOENAS (Doc. No. 92)**
>
> **FILED:** **January 22, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Based on the representations made by counsel for Defendant that the above-styled motion is unopposed by Plaintiff and that Ms. Dawn Parr Chappel, LMFT,

will produce the documents at issue upon entry of an order from the Court requiring her to do so, the above-styled motion (Doc. No. 92) is **GRANTED**. It is **ORDERED** that LMFT Chappel shall produce to Defendant the materials addressed in the motion (Doc. No. 92, approximately ten (10) pages) on or before **12:00 p.m. on January 24, 2023**. LMFT Chappel may produce the documents in redacted form, *see* Doc. No. 92, at 2, and the documents will be designated as confidential pursuant to the Protective Order entered in this case, *see* Doc. No. 59.

Given the time-sensitive nature of the motion, and because LMFT Chappel's counsel does not appear to be a member of the Bar of this Court (Attorney Judith Lane) it was not possible to await a response from LMFT Chappel prior to ruling on this motion. Accordingly, it is further **ORDERED** that, to the extent that LMFT Chappel contends that, even with entry of this Order, she may be subject to criminal and/or civil liability by producing the documents at issue, or that some other legal authority precludes her from producing the documents, she shall have up to and including **5:00 p.m. on January 24, 2024** to file written objections to this Order with the Court.

**DONE** and **ORDERED** in Orlando, Florida on January 23, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties