UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

   Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

   Defendant.

_____/

**NOTICE REGARDING ERAU'S *TIME-SENSITIVE* MOTION TO
APPEAR BY ZOOM AT MEDIATION**

ERAU hereby files this Notice that Plaintiff unilaterally cancelled mediation for February 5, 2024, so ERAU's *Time-Sensitive* Motion to Appear by Zoom at Mediation (Doc. 102) is **Moot**. ERAU will seek further relief and an extension of the February 16, 2024 mediation deadline (Doc. 23) by separate motions.

1

Respectfully submitted,

  /s/ *Allison O. Kahn*
Allison O. Kahn (FBN 496138)
E-mail: akahn@carltonfields.com
Alana Zorrilla-Gaston (FBN 27256)
Email: agaston@carltonfields.com
**CARLTON FIELDS, P.A.**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, FL  33401-6350
Telephone: (561) 659-7070

*Attorneys for Defendant,*
*Embry-Riddle Aeronautical University, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system.

                                                           */s/ Allison O. Kahn*

## SERVICE LIST

**Plaintiff, Marissa Giannerini v.
Defendant, Embry-Riddle Aeronautical University, Inc.
Case No. 6:22-cv-02075-RBD-LHP**

Neil Henrichsen, Esq.
Ronald P. Angerer, II, Esq.
Kadean Wilson, Esq.
HENRICHSEN LAW GROUP, PLLC
301 W. Bay St., 14th Floor
Jacksonville, FL 32202
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
kwilson@hslawyers.com
service@hslawyers.com
*Attorneys for Plaintiff, Marissa Giannerini*
**VIA CM/ECF**