# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARISSA GIANNERINI,

        Plaintiff,

v.                                                            Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

        Defendant

## ORDER

This cause comes before the Court on Defendant's Motion to Compel Complete Text Message Production (Doc. No. 99), and Plaintiff's Response (Doc. No. 112). Upon consideration, and given Defendant's request for further briefing (Doc. No. 99, at 3) the Court finds it appropriate to direct a reply brief from Defendant.

Accordingly, it is **ORDERED** that, on or before **Tuesday February 13, 2024 at 5:00 p.m.**, Defendant shall file a reply brief, not to exceed **seven (7) pages** in length, limited to the issues raised by Defendant's Motion (Doc. No. 99) and by Plaintiff's

Response (Doc. No. 112).[1]  In particular, the reply shall specifically address Plaintiff's submission of Doc. No. 112-3 (Declaration of Renee Cook), and shall also explicitly delineate the precise relief Defendant is seeking from the Court.

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Arguments/issues not previously raised will not be considered.