# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MARISSA GIANNERINI,

    Plaintiff,

v.                                           CASE NO: 6:22-cv-02075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____/

## PLAINTIFF'S SUPPLEMENTAL CONFERRAL CERTIFICATION TO HER MOTION TO COMPEL AND REQUEST FOR *IN CAMERA* INSPECTION AND MEMORANDUM OF LAW IN SUPPORT THEREOF

Plaintiff, MARISSA GIANNERINI ("Giannerini" or "Plaintiff"), pursuant to this Court's February 14, 2024 order (Doc. 121), hereby files her Local Rule 3.01(g) Supplemental Conferral Certification:

## LOCAL RULE 3.01(g) CERTIFICATION

Consistent with the requirements of Local Rule 3.01(g), Rules of the U.S. District Court, Middle District of Florida, the undersigned counsel states as follows. Giannerini's counsel, including the undersigned, conferred with counsel for Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("ERAU") on January 31, 2021 (in person) and February 1, 2024 (by telephone) concerning both

the privilege log and the motion for leave that Giannerini later sought, and which was granted on February 8, 2024 (Doc. 115).

Following this Court's Order of February 14, 2024, the undersigned promptly reached out to both Allison Kahn and Alana Zorrilla-Gaston by phone and email. *See* Ex. A. Neither was available, nor has the undersigned received any response to his voicemail messages and emails. Ms. Kahn's assistant advised the undersigned that Ms. Kahn was unavailable and that she did not know when she would be available. The undersigned attempted to reach Ms. Zorrilla-Gaston by phone again around 12:21PM, but once again received a voice message.

The undersigned has filed this given its time-sensitive nature and ERAU's counsel's unavailability pursuant to Local Rule 3.01(g)(3) and, consistent with the same, the undersigned will continue to reach out to ERAU's counsel and will file an amended supplemental conferral certification upon completion of the meet-and-confer.

Dated: February 14, 2024						Respectfully Submitted,

*/s/ Ronald P. Angerer, II*
Ronald P. Angerer, II, B.C.S.
Florida Bar No. 0104874
Neil L. Henrichsen
Florida Bar No. 111503
Henrichsen Law Group, P.L.L.C.
301 W. Bay Street, Suite 1400
Jacksonville, FL 32202
Phone: 904-381-8183
rangerer@hslawyers.com
nhenrichsen@hslawyers.com
service@hslawyers.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record on this 14th day of February 2024.

By: */s/ Ronald P. Angerer, II*
Ronald P. Angerer, II, B.C.S.