**<u>EXHIBIT "A"</u>**

**Ronald Angerer**

| | |
|---|---|
| **From:** | Ronald Angerer |
| **Sent:** | Wednesday, February 14, 2024 10:21 AM |
| **To:** | 'Zorrilla-Gaston, Alana E.'; 'Kahn, Allison Oasis' |
| **Cc:** | Neil Henrichsen; Chloe Clay; Renee Cook |
| **Subject:** | RE: Activity in Case 6:22-cv-02075-RBD-LHP Giannerini v. Embry-Riddle Aeronautical University, Inc. Order |

Alana and Allison,

I just went ahead and tried to reach out to you both by phone.  I left a message for each of you.  While we have conferred on the initial log, we have not conferred on the supplemental log.  In light of the court's order, I'd like to discuss the motion with one of you.  I think we only need 5-10 minutes.

Please call me back or let me know when you are available as soon as possible.  Thanks.


Best Regards,

**Ronald Paul Angerer, II**
**Admitted in Florida**
**Board Certified Specialist, Labor & Employment Law**

301 W Bay Street, Suite 1400, Jacksonville, Florida 32202
P: (904) 381-8183 | F: (904) 381-8191 |
E: rangerer@hslawyers.com


www.hslawyers.com



Please consider the environment before printing this email.

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message.

IRS Circular 230 Disclosure:  As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any tax information or written tax advice contained herein (including any attachments) was not written or intended to be used (and cannot be used) by any taxpayer for the purposes of avoiding any tax penalties that may be imposed under the U.S. Internal Revenue Code.


**From:** Ronald Angerer
**Sent:** Wednesday, February 14, 2024 10:07 AM
**To:** 'Zorrilla-Gaston, Alana E.' <agaston@CarltonFields.com>; 'Kahn, Allison Oasis' <akahn@carltonfields.com>
**Cc:** Neil Henrichsen <nhenrichsen@hslawyers.com>; Chloe Clay <Chloe@hslawyers.com>; Renee Cook

<rcook@hslawyers.com>
**Subject:** FW: Activity in Case 6:22-cv-02075-RBD-LHP Giannerini v. Embry-Riddle Aeronautical University, Inc. Order

Alana and Allison,

My apologies for not conferring.  I misunderstood the court's order in that respect.  Are either of you available for 5 minutes between now and 1P?  Thanks.


**Best Regards,**

**Ronald Paul Angerer, II**
**Admitted in Florida**
**Board Certified Specialist, Labor & Employment Law**

301 W Bay Street, Suite 1400, Jacksonville, Florida 32202
P: (904) 381-8183 | F: (904) 381-8191 |
E: rangerer@hslawyers.com


www.hslawyers.com



Please consider the environment before printing this email.

A law firm is sending this message; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify me immediately by e-mail, discard any paper copies and delete all electronic files of the message.

IRS Circular 230 Disclosure:  As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any tax information or written tax advice contained herein (including any attachments) was not written or intended to be used (and cannot be used) by any taxpayer for the purposes of avoiding any tax penalties that may be imposed under the U.S. Internal Revenue Code.


**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, February 14, 2024 9:55 AM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 6:22-cv-02075-RBD-LHP Giannerini v. Embry-Riddle Aeronautical University, Inc. Order


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 2/14/2024 at 9:55 AM EST and filed on 2/14/2024
**Case Name:**         Giannerini v. Embry-Riddle Aeronautical University, Inc.
**Case Number:**      6:22-cv-02075-RBD-LHP
**Filer:**
**Document Number:** 121(No document attached)

**Docket Text:**
**ENDORSED ORDER re [119] Plaintiff's Motion to Compel and Request for In Camera Inspection. The motion fails to include a Local Rule 3.01(g) certification. Accordingly, on or before 1:00 p.m. today, February 14, 2024, Plaintiff shall file a supplemental conferral certification to the motion, which must demonstrate full compliance with both Local Rule 3.01(g) and the Standing Order on Discovery Motions (Doc. No. 25 para. 1). Failure to timely file the supplemental certification will result in the summary denial of the motion (Doc. No. 119). Signed by Magistrate Judge Leslie Hoffman Price on 2/14/2024. (MKH)**

**6:22-cv-02075-RBD-LHP Notice has been electronically mailed to:**

Neil L. Henrichsen      nhenrichsen@hslawyers.com, service@hslawyers.com

Allison Oasis Kahn      akahn@carltonfields.com, dsaltzman@carltonfields.com, wpbecf@cfdom.net

Alana Zorrilla-Gaston      agaston@carltonfields.com, jmeehan@carltonfields.com, wpbecf@cfdom.net

Ronald Paul Angerer, II      rangerer@hslawyers.com, service@hslawyers.com

Kadean Wilson      kwilson@hslawyers.com, service@hslawyers.com

**6:22-cv-02075-RBD-LHP Notice has been delivered by other means to:**