# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARISSA GIANNERINI,

      Plaintiff,

v.                                Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

      Defendant

## ORDER

Before the Court is Defendant's Motion to Seal Deposition Transcripts/Exhibits Under Protective Order Governing Discovery.  Doc. No. 140.  To the extent that the motion seeks to file under seal <u>Plaintiff's</u> designated confidential materials (*i.e.*, the deposition transcripts of Dr. Tarek Aly, Dawn Parr Chappel, and Plaintiff), the motion will be **DENIED without prejudice** pursuant to Local Rule 1.11(d).  By **March 19, 2024**, Plaintiff shall file a properly supported motion to file these materials under seal.  *See id.*  Absent such motion, the Court will require that the materials be filed on the public docket.  *See id.*

Insofar as the motion seeks to file under seal <u>Defendant's</u> designated confidential materials (*i.e.*, unredacted deposition transcripts for Andrea Hooper,

Meachelle Felps-Darley, John Phillips, Brandon Young (both individual and Rule 30(b)(6)), the supplement to the motion states that Plaintiff opposes the request. Doc. No. 145. Accordingly, the Court **DEFERS RULING** on the remainder of the motion pending Plaintiff's response, which is due on or before **March 19, 2024**. *See* Local Rule 3.01(c). Failure to timely respond will result in the remainder of the motion being deemed unopposed.

    **DONE** and **ORDERED** in Orlando, Florida on March 11, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties