# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MARISSA GIANNERINI,

      Plaintiff,

v.                                           Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

      Defendant

---

## ORDER

On March 11, 2024, the Court entered an Order denying without prejudice in part Defendant's motion to file certain summary judgment materials under seal that Plaintiff had designated as confidential, to include the deposition transcripts of Dr. Tarek Aly, Dawn Parr Chappel, and Plaintiff.  Doc. No. 146.  *See* Local Rule 1.11(d).  The Court ordered Plaintiff to file a motion to file these materials under seal on or before March 19, 2024.  Doc. No. 146.  The Court further warned that absent such motion, the Court would require the materials to be filed on the public docket.  *Id.*  The March 19, 2024 deadline has now passed, and Plaintiff has not

filed a motion to seal these materials.[1]

Accordingly, it is **ORDERED** that on or before **March 27, 2024**, Defendant shall file unredacted copies of the deposition transcripts of Dr. Tarek Aly, Dawn Parr Chappel, and Plaintiff on the public docket.  *See* Local Rule 1.11(d).  Nothing in this Order alters the time periods for responses and/or replies to summary judgment.  *See* Doc. No. 150.

**DONE** and **ORDERED** in Orlando, Florida on March 20, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Plaintiff has filed only a response in opposition to the remainder of the motion to seal addressing Defendant's designated confidential materials, which motion and response will be addressed by separate Order.  *See* Doc. Nos. 140, 151.