**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARISSA GIANNERINI,

    Plaintiff,

v.                          Case No:   6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION TO FILE UNDER SEAL DECLARATION OF ALLISON O. KAHN IN SUPPORT OF JOINT MOTION TO EXTEND SUBMISSION OF THE JOINT FINAL PRETRIAL STATEMENT (Doc. No. 212)
>
> **FILED:** July 16, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendant seeks to file under seal a declaration from its counsel, in support of the parties' Joint Time-Sensitive Motion to Extend Submission of the Joint Pretrial

Statement.  Doc. No. 212; *see also* Doc. No. 211.  Plaintiff does not oppose.  Doc. No. 212, at 4.

Upon review, having considered Local Rule 1.11 and the Eleventh Circuit's standard for sealing, as well as the declaration, which is unrelated to the merits of this litigation and contains sensitive medical information regarding a minor, Doc. No. 212-1, the Court finds the request well taken.   Accordingly, it is **ORDERED** as follows:

1. Defendant's Unopposed Motion to File Under Seal Declaration of Allison O. Kahn in Support of Joint Motion to Extend Submission of the Joint Pretrial Statement (Doc. No. 212) is **GRANTED**.

2. The Court will allow the declaration (Doc. No. 212-1) to remain under seal, to be considered in conjunction with the parties' Joint Time-Sensitive Motion to Extend Submission of the Joint Pretrial Statement (Doc. No. 211).

3. This seal shall not extend beyond **ninety (90) days** after the case is closed and all appeals exhausted.   *See* Local Rule 1.11(e).

**DONE** and **ORDERED** in Orlando, Florida on July 17, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties