**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,

    Defendant.

_____/

**NOTICE OF FILING DECLARATION OF ANTHONY DEVITO CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902**

Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("ERAU"), through its undersigned counsel, hereby gives notice of filing the Declaration of Anthony DeVito Certifying Records Pursuant to Federal Rule of Evidence 902 (attached hereto as Exhibit A).

Dated: January 17, 2025

                                             /s/ Alana Zorrilla-Gaston
                                             Allison O. Kahn (FBN 496138)
                                             E-mail: akahn@carltonfields.com
                                             Alana Zorrilla-Gaston (FBN 27256)
                                             Email: agaston@carltonfields.com
                                             **CARLTON FIELDS, P.A.**
                                             525 Okeechobee Boulevard, Suite 1200
                                             West Palm Beach, FL  33401-6350
                                             Telephone: (561) 659-7070

Matthew J. Conigliaro (FBN 63525)
E-mail: mconigliaro@carltonfields.com
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4254

Daniel C. Johnson (FBN 522880)
E-mail: djohnson@carltonfields.com
**CARLTON FIELDS, P.A.**
200 S. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300

*Attorneys for Defendant Embry-Riddle Aeronautical University, Inc.*