EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**DECLARATION OF ANTHONY DEVITO CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902**

Anthony James DeVito, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in this declaration is based on my personal knowledge and if called as a witness I could, and would, testify competently as to these facts.

2. I am a Practice Technology Support Coordinator for the law firm Carlton Fields, P.A.

3. In that capacity, I am a custodian of records for Carlton Fields, P.A.

4. I have worked with e-discovery platforms for over 10 years. In the industry, I am considered an eDiscovery Project Manager. I also had forensics

collection certifications through Cellebrite Tools, which certifications require a deep understanding of file metadata at the forensic level.

5. I submit this declaration in support of the records attached hereto, which is: a metadata report for documents ERAU(Giannerini) 0000580, ERAU(Giannerini) 0000581, and ERAU(Giannerini) 0000582.

6. The records attached hereto were made at or near the time of the events reflected in the records by people with knowledge of those matters.

7. It was the regular practice of Carlton Fields' business activities to make the records. These records were made as part of that regular practice.

8. The records were kept in the ordinary course of Carlton Fields' business activity.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2025.

_____
Anthony James DeVito

136441648.1

| Bates Beg | Bates End | Custodian | Author | File Name | MD5 Hash | Sort Date/Time | Created Date/Time | Last Modified Date/Time | Last Saved Date/Time |
|---|---|---|---|---|---|---|---|---|---|
| ERAU(Giannerini) 0000580 | ERAU(Giannerini) 0000580 | Sevastos Charlie | Sports Information Office | Notes from Anna Maurer Meeting.docx | 581D57EC8F202D38DC7B816A10409328 | 12/16/2022 12:41 | 12/16/2022 12:39 | 12/16/2022 12:41 | 12/16/2022 12:41 |
| ERAU(Giannerini) 0000581 | ERAU(Giannerini) 0000581 | Sevastos Charlie | Sports Information Office | Notes from Ericka Kimble Meeting.docx | 1DFE4E9B86EC0C5F9AF09DC67F562FAA | 12/16/2022 14:09 | 12/16/2022 14:02 | 12/16/2022 14:09 | 12/16/2022 14:09 |
| ERAU(Giannerini) 0000582 | ERAU(Giannerini) 0000582 | Sevastos Charlie | Sports Information Office | Notes from Zoe Mullins Meeting.docx | 7A0DA8F3AEC61FD495A6A0C8BA17FFE4 | 12/16/2022 12:39 | 12/16/2022 12:07 | 12/16/2022 12:39 | 12/16/2022 12:39 |