# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**DECLARATION OF TAREK ALY CERTIFYING RECORDS
PURSUANT TO FEDERAL RULE OF EVIDENCE 902**

Tarek Aly, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in this declaration is based on my personal knowledge and if called as a witness I could, and would, testify competently as to these facts.

2. I am a medical doctor and the owner of Mosaic Psychiatry.

3. In that capacity, I am a custodian of records for Mosaic Psychiatry.

4. I earned a Master's degree in Public Health from Michigan State University and a Doctor of Medicine degree from Ross University. I completed my residency at Bergen New Bridge Medical Center in Paramus, New Jersey. I completed a fellowship in child and adolescent psychiatry at Harvard Medical School – Boston

1

Children's Hospital. I am board certified in adult psychiatry as well as child and adolescent psychiatry.

5. I submit this declaration in support of the records attached hereto, which are: treatment, billing, administrative, and payment records related to my treatment of Plaintiff Marissa Giannerini; notes related to my treatment of Plaintiff Marissa Giannerini; and communications related to my treatment of Plaintiff Marissa Giannerini.

6. The records attached hereto were made at or near the time of the events reflected in the records by people with knowledge of those matters.

7. It was the regular practice of Mosaic Psychiatry's business activities to make the records. These records were made as part of that regular practice.

8. The records were kept in the ordinary course of Mosaic Psychiatry's business activity.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on [DATE].

1/14/2025

_____
Tarek Aly

2

# ATTACHMENT OMITTED FROM PUBLIC FILING AS PLAINTIFF HAS DESIGNATED IT CONFIDENTIAL[1]

---

[1] The attachment is Defendant's proposed Trial Exhibit Number 28, which consists of 14 pages from Dr. Aly's file. Defense counsel objected to the filing of the Confidential documents but is unavailable to confer until at least January 21, 2025. Accordingly, the referenced documents have been omitted to allow Plaintiff an opportunity to request the documents be filed under seal. If this Confidentiality issue can be resolved among counsel, an updated filing will be submitted to the Court.