# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

## DECLARATION OF DAWN PARR CHAPPEL CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902

Dawn Parr Chappel, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in this declaration is based on my personal knowledge and if called as a witness I could, and would, testify competently as to these facts.

2. I am a licensed marriage and family therapist and the owner of Cottage Row Counseling.

3. In that capacity, I am a custodian of records for Cottage Row Counseling.

4. I earned a B.A. in Psychology from Emory University in Atlanta, Georgia, as well as a Master's of Science in Marriage & Family Therapy from Stetson

1

University in DeLand, Florida. I have over 15 years of experience working with clients of all ages and backgrounds.

5. I submit this declaration in support of the records attached hereto, which are: handwritten notes I took during individual therapy sessions I conducted with Plaintiff Marissa Giannerini; handwritten notes I took during the couples therapy sessions I conducted with Plaintiff Marissa Giannerini and Wade Hastings; text messages and instant messages between myself and Plaintiff Marissa Giannerini; a summary letter that I prepared about Plaintiff Marissa Giannerini's treatment; and forms that Plaintiff Marissa Giannerini filled out in relation to our therapy sessions.

6. The records attached hereto were made at or near the time of the events reflected in the records by people with knowledge of those matters.

7. It was the regular practice of Cottage Row Counseling's business activities to make the records. These records were made as part of that regular practice.

8. The records were kept in the ordinary course of Cottage Row Counseling's business activity.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on [DATE].

*Dawn Parr Chappel*
Dawn Parr Chappel

2

# ATTACHMENT OMITTED FROM PUBLIC FILING AS PLAINTIFF HAS DESIGNATED IT CONFIDENTIAL[1]

---

[1] The attachment is Defendant's proposed Trial Exhibit Number 29, which consists of 53 pages from Ms. Chappel's file Bates numbered Chappel_0001 through Chappel_0053.  Defense counsel objected to the filing of the Confidential documents but is unavailable to confer until at least January 21, 2025.  Accordingly, the referenced documents have been omitted to allow Plaintiff an opportunity to request the documents be filed under seal.  If this Confidentiality issue can be resolved among counsel, an updated filing will be submitted to the Court.