UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**JOINT NOTICE OF UNRESOLVED OBJECTIONS
TO DEPOSITION DESIGNATIONS**

Plaintiff MARISSA GIANNERINI ("Plaintiff") and Defendant EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("ERAU") (collectively the "Parties"), by and through undersigned counsel, hereby submit the following unresolved objections to deposition designations pursuant to Judge Dalton's Case Management Preferences:

DATED: January 24, 2025.

Respectfully submitted,

| **HENRICHSEN LAW GROUP, PLLC** | **CARLTON FIELDS, P.A.** |
|---|---|
| /s/ *Neil Henrichsen* | /s/ *Allison O.Kahn* |
| **Neil Henrichsen, Esq.** | **Allison O. Kahn, Esq.** |
| **FBN: 111503** | **FBN: 496138** |
| 301 W. Bay St., 14th Floor | **Alana Zorrilla-Gaston, Esq.** |
| Jacksonville, FL 32202 | **FBN: 27256** |
| Telephone: (904) 381-8183 | 525 Okeechobee Boulevard, Suite 1200 |
| nhenrichsen@hslawyers.com | West Palm Beach, FL 33401-6350 |
| service@hslawyers.com | Telephone: (561) 659-7070 |
| *Attorneys for Plaintiff, Marissa Giannerini* | akahn@carltonfields.com |
| | agaston@carltonfields.com |
| | *Attorneys for Defendant,* |
| | *Embry-Riddle Aeronautical University, Inc.* |

138478996.1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

**PLAINTIFF'S DESIGNATIONS OF DEPOSITION
TESTIMONY FOR USE AT TRIAL**

Plaintiff Marissa Giannerini hereby designates the following portions of deposition testimony which it may use at trial:

| | | OBJECTIONS | COUNTER DESIGNATION |
|---|---|---|---|
| Brandon Young as Fed. R. Civ. Pro. 30(b)(6) for Defendant | 7:11-20 | | |
| | 10-15-20 | | |
| | 11:1-12-25 | | |
| | 13:1-15:16 | | |
| | 17:18-18:6 | | |
| | 20:5-21:5 | | |
| | 21:23-25:12 | | |
| | 25:18-26:6 | | |
| | 26:21-27:2 | | |
| | 27:5-28:17 | | |
| | 29:6-13 | | |
| | 30:5-34:24 | 32:6-34:24 | |

1

|  |  | OBJECTIONS | COUNTER DESIGNATION |
|---|---|---|---|
|  |  | Rule 401 Relevancy<br><br>Rule 403 Confusing Misleading |  |
|  | 35:10-19 |  |  |
|  | 36:17-25 |  |  |
|  | 37:8-38:8 |  | 39:25-40:16 |
|  | 39:1-12 | 39:1-6[1]<br>Rule 401 Relevancy | 39:25-40:16 |
|  | 40:25-41:15 |  |  |
|  | 41:23-44:22 |  | 44:24-46:7 |
|  | 49:6-50:13 |  | 41:23-42:19 |
|  | 52:9-24 |  |  |
|  | 53:20-54:12 |  |  |
|  | 54:20-24 |  | 54:25-55:11 |
|  | 56:9-13 |  |  |
|  | 59:20-61:14 |  |  |

---

[1] Statement from Defendant: ERAU has added this objection from the previous draft since gender discrimination is no longer at issue.

2

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

 Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

 Defendant.

_____/

**DEFENDANT'S DESIGNATIONS OF DEPOSITION
TESTIMONY FOR USE AT TRIAL**

Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("ERAU"), through its undersigned counsel, hereby designates the following portions of deposition testimony, which it may use at trial:

|  |  | Objections | Counter |
|---|---|---|---|
| Giannerini, Marissa<br><br>*Video Deposition* | 14:1–8 |  | 14:9-22 |
|  | 16:5–9 |  |  |
|  | 16:15–21 |  |  |
|  | 17:5–7 |  |  |
|  | 23:3–15 |  | 23:16-20 |
|  | 30:25–31:11 |  |  |
|  | 45:2–13 |  |  |
|  | 58:5–16 |  |  |
|  | 61:14-25 |  |  |
|  | 62:1-3 |  |  |
|  | 63:22-24 |  |  |
|  | 66:3-6 |  |  |

1

137342749.1

|  | 68:8-10 |  |  |
|  | 69:8-14, 21-25; 70:1-17, 25; 71:1-25; 72:2 |  | 70:18-24 |
|  | 80:12–23 |  |  |
|  | 85:13–22 |  |  |
|  | 86:19–87:3 |  |  |
|  | 90:6-14 | "Object to 90:6-14 - Foundation; FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing because questions are about Plaintiff's diagnosis in 2003) |  |
|  | 92:7–10 | "Object to 92:7-10 FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" |  |
|  | 92:17–96:9 | "Object to 92:17-96.9 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" |  |

2

| | | | |
|---|---|---|---|
| | 97:10–16 | "Object to 97:10-16 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" | |
| | 97:21–98:4 | | 98:5-7 |
| | 98:22–99:20 | | |
| | 100:20-22 | "Object to 100:20-22 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" | |
| | 101:9–13 | | |
| | 104:5-13 | "Object to 104:5-13 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" The questions are about probation in 2012 for a mental health diversion program. | |
| | 129:14-25; 130:1-18 | "Object to 97:10-16 - FRE 402 (not relevant evidence); | |

3

137342749.1

| | | | |
|---|---|---|---|
| | | FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" | |
| | 140:18–142:11 | "Object to 140:18-141:4 - Relevance - The fact that she consulted with an attorney after meeting with ERAU is not relevant." | |
| | 151:18–152:4 | | 153:19-154:17 |
| | 175:2-20 | "Object to 175:2-20 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" These questions are regarding Plaintiff's relationship with a prior boyfriend. | |
| | 175:21–176:12 | "Object to 175:21-176:12 (not relevant evidence). Questions inquire of Plaintiff what other individuals, , i.e., Young, Hooper and Sevastos know or understand about the lacrosse season. | |

4

|  | 176:23–177:1-6 | "Object to 175:2-20 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" These questions involve Plaintiff's relationship with a prior boyfriend. |  |
|  | 180:16-25; 181:1 |  | 181:2-9 |
|  | 191:10-15 |  | 191:19-25 |
|  | 192:1–193:5 |  |  |
|  | 193:16–194:25 |  |  |
|  | 199:6-9 | "Object to 199:6-9 - FRE 402 (not relevant evidence); FRE 404 (inadmissible character evidence); FRE 403 (unduly prejudicial and confusing)" |  |
|  | 201:22–202:8 |  |  |
|  | 206:15-25; 207:1–20 |  |  |
|  | 221:19–222:1 |  |  |
|  | 225:17–226:2 |  |  |
|  | 226:9–227:1 |  |  |
|  | 227:11–16 |  |  |
|  | 242:12–16 |  |  |
|  |  |  |  |
| Giannerini, Roxanne | 11:5–14 | "Object – FRE 802 (hearsay) – Roxanne |  |

5

|   |   |   |   |
|---|---|---|---|
|   |   | Giannerini will be present at trial." |   |
|   | 14:7–17 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 15:8–18 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 15:23–16:14 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 16:17–17:8 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 17:13–18:4 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 19:8–11 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 21:14–21 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |
|   | 30:12–25 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |   |

6

|  | 32:13–21 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|---|---|---|---|
|  | 33:6–13 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|  | 43:12–19 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|  | 53:19–21 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|  | 54:11–55:16 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|  | 57:20–22 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|  | 58:3–8 | "Object – FRE 802 (hearsay) – Roxanne Giannerini will be present at trial." |  |
|  |  |  |  |
|  |  |  |  |

7

137342749.1

Case 6:22-cv-02075-RBD-LHP   Document 260   Filed 01/24/25   Page 12 of 13 PageID 10066

8

137342749.1

DATED:  January 24, 2025.

                                  Respectfully submitted,

                                  _/s/ Allison O. Kahn_
                                  Allison O. Kahn (FBN 496138)
                                  E-mail: akahn@carltonfields.com
                                  Alana Zorrilla-Gaston (FBN 27256)
                                  Email: agaston@carltonfields.com
                                  **CARLTON FIELDS, P.A.**
                                  525 Okeechobee Boulevard, Suite 1200
                                  West Palm Beach, FL  33401-6350
                                  Telephone: (561) 659-7070

                                  _Attorneys for Defendant,_
                                  _Embry-Riddle Aeronautical University, Inc._

137342749.1