UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,

    Defendant.

_____/

### NOTICE OF FILING DECLARATION OF LEE N. METCHICK CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902

Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("ERAU"), through its undersigned counsel, hereby gives notice of filing the Declaration of Lee N. Metchick Certifying Records Pursuant to Federal Rule of Evidence 902 (attached hereto as Exhibit A).

Dated: January 27, 2025

        /s/ *Alana Zorrilla-Gaston*
        Allison O. Kahn (FBN 496138)
        E-mail: akahn@carltonfields.com
        Alana Zorrilla-Gaston (FBN 27256)
        Email: agaston@carltonfields.com
        **CARLTON FIELDS, P.A.**
        525 Okeechobee Boulevard, Suite 1200
        West Palm Beach, FL 33401-6350
        Telephone: (561) 659-7070

Matthew J. Conigliaro (FBN 63525)
E-mail: mconigliaro@carltonfields.com
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 229-4254

Daniel C. Johnson (FBN 522880)
E-mail: djohnson@carltonfields.com
**CARLTON FIELDS, P.A.**
200 S. Orange Ave., Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300

*Attorneys for Defendant Embry-Riddle Aeronautical University, Inc.*