# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.

_____/

## DECLARATION OF LEE N. METCHICK CERTIFYING RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902

Lee N. Metchick, pursuant to 28 U.S.C. § 1746, hereby certifies as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration. The evidence set out in this declaration is based on my personal knowledge and if called as a witness I could, and would, testify competently as to these facts.

2. I am a medical doctor and the owner of Endocrinology of Central Florida.

3. In that capacity, I am a custodian of records for Endocrinology of Central Florida.

4. I submit this declaration in support of the records attached hereto, which are: treatment records related to my treatment of Plaintiff Marissa Giannerini.

1

136434617.1

5. The records attached hereto were made at or near the time of the events reflected in the records by people with knowledge of those matters.

6. It was the regular practice of Endocrinology of Central Florida's business activities to make the records. These records were made as part of that regular practice.

7. The records were kept in the ordinary course of Endocrinology of Central Florida's business activity.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __1/27/25__.

_____
Lee N. Metchick

2

136434617.1

# ATTACHMENT OMITTED FROM PUBLIC FILING AS PLAINTIFF HAS DESIGNATED IT CONFIDENTIAL[1]

---

[1] The attachment is Defendant's proposed Trial Exhibit Number 30, which consists of 28 pages from Dr. Metchick's file. Plaintiff's counsel objected to the filing of the Confidential documents. Accordingly, the referenced documents have been omitted to allow Plaintiff an opportunity to request the documents be filed under seal. If this Confidentiality issue can be resolved among counsel, an updated filing will be submitted to the Court.

138496242.1