# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

Case No. 6:22-cv-02075-RBD-LHP

MARISSA GIANNERINI,

    Plaintiff,

v.

EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC.,

    Defendant.

_____/

## JOINT NOTICE OF RESOLUTION

**COME NOW** Plaintiff, MARISSA GIANNERINI (hereinafter, "Plaintiff" or "Ms. Giannerini") and Defendant, EMBRY-RIDDLE AERONAUTICAL UNIVERSITY, INC. ("Embry-Riddle" or "ERAU" or "Defendant") (hereinafter collectively "the Parties"), by and through undersigned counsel, and pursuant to Local Rule 3.09, advise the Court that the parties have agreed to resolve the above-styled action.

Dated: February 3, 2025

Respectfully submitted,

| | |
|---|---|
| **HENRICHSEN LAW GROUP, PLLC** | **CARLTON FIELDS, P.A.** |
| /s/ *Neil Henrichsen* | /s/ *Allison O.K Kahn* |
| **Neil Henrichsen, Esq.** | **Allison O. Kahn, Esq.** |
| | **FBN: 496138** |

- 1 -

- 2 -

| | |
|---|---|
| **FBN: 111503** | **Alana Zorrilla-Gaston, Esq.** |
| **Renee Cook, Esq.** | **FBN: 27256** |
| **FBN: 1005565** | 525 Okeechobee Boulevard, Suite 1200 |
| 301 W. Bay St., 14th Floor | West Palm Beach, FL  33401-6350 |
| Jacksonville, FL 32202 | Telephone: (561) 659-7070 |
| Telephone: (904) 381-8183 | akahn@carltonfields.com |
| nhenrichsen@hslawyers.com | agaston@carltonfields.com |
| rcook@hslawyers.com | *Attorneys for Defendant,* |
| service@hslawyers.com | *Embry-Riddle Aeronautical University, Inc.* |
| *Attorneys for Plaintiff, Marissa Giannerini* | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing system.

                                                           */s/ Neil L. Henrichsen*