UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARISSA GIANNERINI,

    Plaintiff,

v.                                              Case No. 6:22-cv-2075-RBD-LHP

EMBRY-RIDDLE AERONAUTICAL
UNIVERSITY, INC.,

    Defendant.
_____

### ORDER

Before the Court is the parties' joint notice of settlement, filed at 7:47 a.m. on Monday, February 3, 2025, the day of jury selection. (Doc. 274.)

The Court's Case Management and Scheduling Order provides that when parties settle later than 11:30 a.m. on the last business day before the day of jury selection, they are jointly and severally liable for jury costs. (Doc. 23, p. 28.) So jury costs in the amount of **$2,417.36** are hereby **TAXED** against Plaintiff and Defendant jointly and severally. Each side shall bear half of this cost unless they agree to apportion it otherwise. The parties are **DIRECTED** to pay this amount to the Clerk of the U.S. District Court by **Wednesday, March 5, 2025**.

    **IT IS SO ORDERED**.

    **DONE AND ORDERED** in Chambers in Orlando, Florida, on February 3,

2025.



ROY B. DALTON, JR.
United States District Judge